UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| RICHARD A. CLARK, and <br> JENNIFER CLARK. <br><br> *Plaintiffs,* <br><br> v. <br><br> RIVER METALS RECYCLING, INC., <br> and SIERRA INTERNATIONAL <br> MACHNERY, LLC <br><br> *Defendants.* | § § § § § § § § § § § § § § § §   CAUSE NO.  3:15-CV-447 |

## RIVER METALS RECYCLING, INC.'S NOTICE OF REMOVAL

PLEASE TAKE NOTICE THAT, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant River Metals Recycling, Inc. ("RMR") by counsel, hereby removes this action from the Twentieth Judicial Circuit, St. Clair County, Illinois.  In support of removal, RMR states as follows:

**I.  THE PROCEDURAL REQUIREMENTS FOR REMOVAL ARE SATISFIED.**

1. Plaintiffs Richard A. Clark and Jennifer Clark commenced this action by filing their Complaint and Demand for Jury Trial against RMR and Sierra International Machinery, LLC ("Sierra") on February 26, 2015.  It was assigned Case No. 15-L-121.  *See* Plaintiffs' Complaint and Demand for Jury Trial ("Complaint"), attached hereto as Exhibit A.

2. RMR was served with a Citation by Mailing and the Complaint on March 27, 2015.

3. As required by 28 U.S.C § 1446(a), RMR is providing true and complete copies of all the records and proceedings in the state court proceeding, which includes all process, pleadings, and orders served upon RMR. *See* Exhibits A and "B," attached hereto.

4. This Notice of Removal is timely under 28 U.S.C. § 1446(b)(1), as it is being filed within 30 days after receipt of service to RMR.

5. Pursuant to 28 U.S.C. § 1446(d), RMR will promptly file a written Notice of Removal to Federal Court with the Clerk of the St. Clair County, along with a copy of this Notice of Removal.

6. Also pursuant to 28 U.S.C. § 1446(d), RMR will promptly serve this Notice of Removal, along with the Notice of Removal to Federal Court filed with the state court, upon Plaintiffs.

## II.     THIS COURT HAS FEDERAL DIVERSITY JURISDICTION.

7. At the time this action was commenced, at the present time, and at all times material to this action, RMR was, is, and has been a Kentucky with its principal place of business in Fort Mitchell, Kentucky. *See* Complaint Original Petition ¶ 2; Email correspondence between Plaintiff's counsel and RMR counsel, attached hereto as Exhibit "C."

8. At the time this action was commenced and at all times material to this action, Plaintiffs Richard and Jennifer Clark were and have been residents of Union County, Illinois. Exhibit C.

9. Plaintiffs, RMR, and Sierra were not citizens of the same state at any time material to this action. Therefore, complete diversity of citizenship exists as required by 28 U.S.C. § 1332.

10. The amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000). *See* Exhibit C.

11. RMR has attempted to contact Sierra to determine whether it objects to removal. However, as of filing, Sierra has not yet been served, and no attorney has entered his or her appearance on behalf of Sierra. Due to the thirty (30) day deadline for filing removal, RMR is filing without having an opportunity to discuss the same with Sierra. Sierra will be served with copy of this Notice to the same address Plaintiffs served.

12. Jurisdiction is therefore proper in this Court pursuant to 28 U.S.C. § 1332(a)(1), which provides that the United States District Courts "shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs, and is between . . . citizens of different states."

WHEREFORE, RMR respectfully removes this action from the St. Clair County, Illinois Court pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, and prays the Court docket this action in this Court, and grant it all other proper relief.

Dated: April 22, 2015.

Respectfully submitted,

 */s/ Crystal S. Wildeman*
Crystal S. Wildeman, Esq.
WOODEN McLAUGHLIN LLP
21 SE 3rd Street, Suite 900
Evansville, IN 47708
Tel:   (812) 401-6151
Fax:   (812) 401-6444
cwildeman@woodmclaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served on this 22nd day of April, 2015, to the following via U.S. Regular Mail:

Joseph A. Bartholomew
COOK, YSURSA, BARTHOLOMEW, BRAUSER & SHEVLIN, LTD.
12 West Lincoln St
Belleville, IL 62220
*Attorneys for Plaintiff*

Sierra International Machinery, LLC
John Sacco, Registered Agent
1620 E. Brundage Lane
Bakersfield, CA 93307

*/s/ Crystal S. Wildeman*
Crystal S. Wildeman, Esq