UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| RICHARD A. CLARK, and <br> JENNIFER CLARK. <br><br> *Plaintiffs,* <br><br> v. <br><br> RIVER METALS RECYCLING, INC., <br> and SIERRA INTERNATIONAL <br> MACHINERY, LLC <br><br> *Defendants.* | § <br> § <br> §    CAUSE NO. 3:15-CV-447 <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § |

## **NOTICE TO SUBSTITUTE PARTY AND CHANGE CAPTION**

    River Metals Recycling, by counsel, Wooden McLaughlin LLP hereby notifies the Court of the immediate need to substitute "River Metals Recycling, Inc." to "River Metals Recycling LLC" due to a scrivener's error. Defendant prays that the caption of this case be so appropriately changed.

    Dated: April 22, 2015.

Respectfully submitted,


 */s/ Crystal S. Wildeman*
Crystal S. Wildeman, Esq.
WOODEN McLAUGHLIN LLP
21 SE 3rd Street, Suite 900
Evansville, IN 47708
Tel:    (812) 401-6151
Fax:   (812) 401-6444
cwildeman@woodmclaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on this 22nd day of April, 2015, to the following via U.S. Regular Mail:

Joseph A. Bartholomew
COOK, YSURSA, BARTHOLOMEW, BRAUSER & SHEVLIN, LTD.
12 West Lincoln St
Belleville, IL 62220
*Attorneys for Plaintiff*

Sierra International Machinery, LLC
John Sacco, Registered Agent
1620 E. Brundage Lane
Bakersfield, CA 93307

/s/ Crystal S. Wildeman
Crystal S. Wildeman, Esq