**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

RICHARD A. CLARK and JENNIFER
CLARK,

        Plaintiffs,

    v.

RIVER METALS RECYCLING, LLC and
SIERRA INTERNATIONAL MACHINERY,
LLC,

        Defendants.

Case No. 3:15-cv-00447-JPG-RJD

## JUDGMENT

      This matter having come before the Court, the issues having been heard, and the Court

having rendered a decision,

      **IT IS HEREBY ORDERED AND ADJUDGED** that Counts I & II of the complaint are

**DISMISSED WITH PREJUDICE**, Counts III & IV of the complaint are **DISMISSED**

**WITHOUT PREJUDICE**, and Count V of Sierra International Machinery, LLC's third-party

complaint against Thornton Auto Crushing, LLC is **DISMISSED WITH PREJUDICE**.

DATED: June 25, 2018

                    **JUSTINE FLANAGAN,**
                    **Acting Clerk of Court**

                    **BY:**   _s/Tina Gray_____
                         **Deputy Clerk**

**Approved:**
_s/ J. Phil Gilbert_
**J. Phil Gilbert**
**U.S. District Judge**